UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-112-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| RUTH ELIZABETH BRAN | ) | |

The United States of America, through its United States Attorney for the Eastern District of North Carolina, hereby respectfully moves to dismiss the Indictment in this action. In support of this request the government respectfully shows unto this Honorable Court as follows:

On February 18, 2021, the defendant was placed on the Pretrial Diversion Program for a period of 12 months. The defendant has completed all of the special conditions in full and has maintained compliance with the conditions of his Pretrial Diversion Agreement. There is no evidence of any further criminal conduct.

Therefore, the United States of America respectfully requests that the Indictment in this action be dismissed without prejudice.

Respectfully submitted this the 22nd day of February 2022.

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone (919) 856-4909
Fax (919) 856-4487
sebastian.kielmanovich@usdoj.gov
N.C. Bar # 32775

## CERTIFICATE OF SERVICE

This is to certify that I have this 22nd day of February 2022, served a copy of the foregoing upon the defendant's attorney in this action by electronic filing system addressed as follows:

Michael C. Fitzpatrick
Attorney at Law

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone (919) 856-4909
Fax (919) 856-4487
sebastian.kielmanovich@usdoj.gov
N.C. Bar # 32775